UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:  
ALISON R SESSOMS  
4510 Staffordshire Drive  
Apt. 6  
Wilmington, NC 28412

CHAPTER 13  
CASE NO. 09-10139-8-SWH

SSN: xxx-xx-8899

DEBTOR

## MOTION TO REOPEN CHAPTER 13 PROCEEDING

NOW COMES the Debtor, by and through her undersigned counsel, and moves the Court for an Order reopening her Chapter 13 proceeding and show unto the Court as follows:

1. That the Debtor's Chapter 13 Petition was filed on November 20, 2009.

2. That the Debtor's Section 341 Meeting was held on January 25, 2010.

3. That the Debtor's case was discharged on June 19, 2013.

4. That the Debtor is re-opening her case for the sole purpose of addressing creditor misconduct by Nationstar Mortgage.

5. That the Debtor requests re-imposition of the Automatic Stay.

6. That the Debtor wishes to reopen her Chapter 13 Bankruptcy so that she can proceed with a Motion for 524 Sanctions against Nationstar Mortgage for creditor misconduct..

WHEREFORE, your undersigned prays for an Order reopening the Chapter 13 proceeding of the above referenced Debtor to allow the Debtor to proceed with the Motion for 524 Sanctions against Nationstar Mortgage for creditor misconduct.

This the 7 day of November, 2014

/s/Robert J Anderson  
Robert J. Anderson  
GILLESPIE & MURPHY, P.A.  
N.C. State Bar #37992  
321 N. Front Street  
Wilmington, NC 28401  
(910) 254-3456  
(910) 254-3444 Fax  
Rja@lawyersforchrist.com

STATE OF NORTH CAROLINA

VERIFICATION

COUNTY OF __New Hanover__

    Alison R Sessoms, being first dully sworn, deposes and says:

    That she is the Debtor in the foregoing case; that she has read the MOTION TO REOPEN and knows the contents thereof; that the same is true of her knowledge, except those matters therein stated upon information and belief and as to those she believes them to be true.

  This the 6 day of November, 2014

                                            /s/Alison R Sessoms
                                            Alison R Sessoms

Sworn to and subscribed
before me this 6
day of November,
2014

/s/Tanya Sillman
Notary Public

__Tanya Sillman__
Printer Name

My Commissions Expires:

   02/07/2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:  
ALISON R SESSOMS  
4510 Staffordshire Drive  
Apt. 6  
Wilmington, NC 28412  

CHAPTER 13  
CASE NO. 09-10139-8-SWH

SSN: xxx-xx-8899

DEBTOR

## NOTICE OF MOTION

TO:  All Parties In Interest

   NOTICE IS HEREBY GIVEN of the Motion to Reopen Chapter 13 Proceeding and Motion to Set Aside Order of Dismissal; filed simultaneously herewith by the attorney for the movant in the above-captioned case; and

   FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing in writing within **21** days from the date of this Notice, the relief requested in the Motion may be granted without further hearing or Notice; and

   FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for hearing is filed by the party named herein in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly.  If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte without further notice.

DATE OF NOTICE: November 7, 2014

/s/Robert J Anderson  
Robert J. Anderson  
GILLESPIE & MURPHY, P.A.  
N.C. State Bar #37992  
321 N. Front Street  
Wilmington, NC  28401  
(910) 254-3456  
(910) 254-3444 Fax  
Rja@lawyersforchrist.com

<u>CERTIFICATE OF SERVICE</u>

I, Robert J Anderson, Attorney at Law certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age.

That on the 7 day of <u>November</u>, 2014, copies of the foregoing **MOTION TO REOPEN** were served upon the following by depositing the same in the United States mail, postage pre-paid, addressed as follows or by electronic notice as indicated:

| | |
|---|---|
| Richard M Stearns<br>Chapter 13 Trustee<br>1015 Conference Drive<br>Greenville, NC 27858 | By Electronic Mail:<br>Nharrison@rms13.org |
| Nationstar Mortgage<br>Attention: Officer<br>PO Box 7729<br>Springfield, OH 45501-7729 | **(Certified Mail)** |
| Nationstar Mortgage<br>Attention: Hector Fernandez<br>350 Highland Drive<br>Lewisville, TX 75067-4177 | **(Certified Mail)** |
| Nationstar Mortgage<br>Attention: Officer<br>PO Box 630268<br>Irving, TX 75063 | **(Certified Mail)** |
| Hutchens Law Firm<br>Attention: Officer<br>4317 Ramsey Street<br>Fayetteville, NC 28311 | |
| Hutchens Law Firm<br>Attention: Officer<br>PO Box 1028<br>Fayetteville, NC 28302 | |
| Kelly Burns<br>McGuireWoods, LLP<br>300 N 3rd Street<br>Suite 400<br>Wilmington, NC 28401 | |

Alison R Sessoms
4510 Staffordshire Drive
Apt. 6
Wilmington, NC 28412

See matrix attached hereto.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: November 7, 2014

/s/Robert J Anderson
Robert J Anderson

Label Matrix for local noticing
0417-8
Case 09-10139-8-SWH
Eastern District of North Carolina
Wilson
Thu Nov  6 16:01:10 EST 2014

American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355-0701


Bank of America
c/o Rodger Berry
Mail Code: TX2-984-05-03
2380 Performance Drive, Bldg. C
Richardson, TX 75082-4333

Cenlar Central Loan Administration
425 Phillips Blvd
Trenton, NJ 08618-1430


(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577


GEMB / Walmart
Attention: Managing Agent
PO Box 103106
Roswell, GA 30076-9106


Green Tree
Attn:  Managing AGent
P O Box 6172
Rapid City, SD 57709-6172


Greentree
Attn: Managing Agent
800 Landmark Towers
Saint Paul, MN 55102


JC Penney
Attn:Managing Agent
PO BOX 960090
Orlando, FL 32896-0092


Lowe's
Attn: Managing Agent
PO Box 981064
El Paso, TX 79998-1064

AMERICAN INFOSOURCE LP AS AGENT FOR
WORLD FINANCIAL NETWORK NATIONAL BANK
PO Box 248872
Oklahoma City, OK  73124-8872


American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701


(p)BANKRUPTCY ADMINISTRATOR EDNC
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH NC 27601-1888


Cenlar, FSB
425 Phillips Blvd
Trenton, NJ 08618-1430


Dell Financial Services L.L.C.
c/o Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390


GEMB/Belk
Attn: Managing Agent
PO Box 981491
El Paso, TX 79998-1491


Green Tree Servicing
Attn: Managing Agent
345 St. Peter Street
Saint Paul, MN 55102-1641


(p)GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154


James A. West, P.C
Attention:  Managing Agent
6380 Rogerdale Rd., Suite 130
Houston, TX 77072-1624


Lowe's
Attn:Managing Agent
PO Box 530914
Atlanta, GA 30353-0914

American Express
Attn:Managing Agent
PO Box 981535
El Paso, TX 79998-1535


Robert J. Anderson
Gillespie & Murphy, P.A.
321 N. Front Street
Wilmington, NC 28401-3908


Gary A. Barnes
Baker, Donelson, Bearman, Caldwell
1600 Monarch Plaza
3414 Peachtree Road, NE
Atlanta, GA 30326-1153

Sean Michael Corcoran
Brock and Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217-1965


GEMB / Dillards
Attention: Managing Agent
PO Box 103106
Roswell, GA 30076-9106


GEMB/JCP
Attention: Managing Agnet
PO Box 103106
Roswell, GA 30076-9106


Green Tree Servicing LLC
7360 S. Kyrene Rd.
Recovery Dept - T120
Tempe, Az 85283-8432


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


Neil D. Jonas
Rogers Townsend & Thomas, PC
2550 W. Tyvola Road, Ste. 520
Charlotte, NC 28217-4551


Lowes / MBGA
Attention: Managing Agent
PO Box 103106
Roswell, GA 30076-9106

Matthew T. McKee
Rogers Townsend & Thomas, PC
Suite 520
2550 West Tyvola Road
Charlotte, NC 28217-4551

New Hanover County Tax
Attn Managing Agent
PO Box 18000
Wilmington, NC 28406-7742

New Hanover County Tax Office
PO Box 18000
Wilmington, NC 28406-7742

North Carolina Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
PO Box 12914
NORFOLK VA 23541-0914

Paul T. Flick
Attorney at Law
PO Box 10669
Raleigh, NC 27605-0669

SANTANDER CONSUMER USA
PO BOX 660633
DALLAS, TX 75266-0633

Alison R. Sessoms
4510 Staffordshire Dr.
Apt. 6
Wilmington, NC 28412-0940

Social Security
Attn: Managing Agent
PO Box 3430
Philadelphia, PA 19122-0430

Sovereign Bank
Attn: Mail Stop:10-411-CF1
PO Box 12646
Reading, PA 19612-2646

Sovereign Bank
Attn:Managing Agent
PO Box 12646
Reading, PA 19612-2646

Richard M Stearns
1015 Conference Drive
Greenville, NC 27858-5969

Taylor, Bean & Whitaker
Attn:Managing Agent
1417 North Magnolia Ave.
Ocala, FL 34475-9078

James E. Vaughan
PO Drawer 25008
Winston-Salem, NC 27114-5008

Victoria's Secret
Attn: Managing Agent
PO Box 182273
Columbus, OH 43218-2273

Wilmington Health Associates
Attn: Managing Agent
1202 Medical Center Dr.
Wilmington, NC 28401-7394

Zwicker & Associates
Attn: Managing Agent
80 Minuteman Rd
Andover, MA 01810-1008


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bankruptcy Administrator
1760-B Parkwood Blvd.
Wilson, NC 27893

Dell Financial
Attn:Managing Agent
PO Box 6403
Carol Stream, IL 60197-6403

(d)Dell Financial Services
Attn: Bankruptcy Dept.
12234 North Ih 35
Austin, TX 78753

(d)Dell Financial Services
Attn: Managing Agent
PO Box 81577
Austin, TX 78708

Greentree
Attn: Managing Agent
PO Box 94710
Palatine, IL 60094-4710

Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401

(d)Internal Revenue Service
Attention: Managing Agent
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America NA          (u)Ocwen Loan Servicing, LLC          (u)Santander Consumer USA, Inc., Servicer for

(d)Sovereign Bank              End of Label Matrix
Attn:Managing Agent            Mailable recipients    46
PO Box 12646                   Bypassed recipients     4
Reading, PA 19612-2646         Total                  50